E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    Email:  mary.tsai@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERICA J. DELFINO, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY,[1] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-05718-SHK_____ <br><br> **[PROPOSED] JUDGMENT OF REMAND** |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
2   The Court having approved the parties' Stipulation to Voluntary Remand
3   Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
4   ("Stipulation to Remand") lodged concurrent with the lodging of the within
5   Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
6   **DECREED** that the above-captioned action is remanded to the Commissioner of
7   Social Security for further proceedings consistent with the Stipulation to Remand.
8
9   DATED: 1/12/2024
10                                                  HON. SHASHI H. KEWALRAMANI
                                                    UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28